junction overruled, motion for leave to amend, motion for rule to pay over money deposited *p. 315; (5) motion to dissolve injunction *p. 335; (6) exceptions to answers referred to master *p. 356; (7) motion to overrule exceptions *p. 360; (8) case set for argument *p. 385; (9) bill taken as confessed *p. 394; (10) case argued *p. 395; (11) case argued, submitted *p. 396; (12) motion to dissolve injunction overruled, decree *p. 403.

PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

IN THE MATTER OF PIERRE LANDROCHE, JR., A MINOR.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Consideration postponed, notice of petition ordered published *p. 271; (2) license to sell granted *p. 316.

PAPERS IN FILE: (1) Petition, certificate of judge of probate; (2) draft of order for publication of notice; (3) affidavit of Louis Moran; (4) affidavit of Charles Larned; (5) affidavit of Pierre Landroche, Sr.; (6) affidavit of J. W. Seymour re publication of notice; (7) affidavit of Pierre Landroche, Sr.; (8) affidavit of Pierre Landroche, Sr., re posting notices of sale; (9) letters of guardianship.
*1824–36 Calendar*, MS p. 185.

JOHN HENDREE *versus* LUTHER MARSH, PHILO N. RUST, SOLOMON ALLEN, ENOCH W. CLARK, PRENTICE CHUBB, JOHN G. GARLOCK, EUROTAS P. HASTINGS, AND MOSES ALLEN.

JOURNAL ENTRIES (1829–30): *Journal 4:* (1) Motion to set aside injunction *p. 267; (2) motion to set aside injunction argued *p. 297; (3) rule to plead, answer, or demur; copy of rule ordered published *p. 304; (4) motion to set aside in-